1  PHILIP M. MILLER (SBN 87877)
   ANNE M. BEVINGTON (SBN 111320)
2  KIMBERLY A. HANCOCK (SBN 205567)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  pmiller@sjlawcorp.com
   abevington@sjlawcorp.com
6  khancock@sjlawcorp.com

7  Attorneys for Plaintiffs

8                   UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, Trustee, DOUGLAS CORNFORD, Trustee, and JAMES V. CANTERBURY, Trustee, <br><br> Plaintiffs, <br><br> v. <br><br> SYED ALI aka BOBBY SYED ALI; BAY BRIDGE DODGE CHRYSLER JEEP, INC., a California corporation, <br><br> Defendants. | Case No.: CV 11-05216 JCS <br><br> **STIPULATION AND REQUEST FOR CONTINUANCE OF MOTION TO DISMISS; EXTENSION OF SCHEDULE FOR BRIEFING AND [PROPOSED] ORDER** <br><br> [Civ L.R. 7-7] <br><br> DATE: April 27, 2012 <br> TIME: 9:30 a.m. <br> COURTROOM: G, 15th Floor <br> Honorable Joseph C. Spero |

## RECITALS

1.   Defendants SYED ALI aka BOBBY SYED ALI; BAY BRIDGE DODGE CHRYSLER JEEP, INC., a California corporation, filed their Motion to Dismiss (Dkt. No. 15) on March 15, 2012. Pursuant to Civ. L.R. 7-3(a)-(c), plaintiffs are required to file an opposition by March 29, 2012; and defendants are required to file a reply by April 5, 2012.

2.   The parties have stipulated to continue the Motion to Dismiss and to a revised briefing schedule to accommodate plaintiffs' counsel's vacation previously scheduled and seek the Court's approval for that revised schedule.

28 | 1
STIPULATION AND REQUEST FOR CONTINUANCE OF MOTION
TO DISMISS; EXTENSION OF SCHEDULE FOR BRIEFING AND [PROPOSED]
ORDER; CASE NO. CV 11-5216 JCS
P:\CLIENTS\AUTPF\W\CASES\Bay Bridge Dodge Chrysler Jeep LLC\SYED ALI SUCCESSOR CASE\Pleadings\Motion to Dismiss\Stipulation to Continue and Extension of Schedule for Briefing.doc

## STIPULATION

Pursuant to Civ. L.R. 7-7, the parties, through their undersigned counsel, hereby stipulate and agree to continue the hearing date in connection with the defendants' Motion to Dismiss and to a revised briefing schedule in this action as follows:

(1) April 12, 2012: Last day to file and serve Plaintiffs' Opposition to defendants' Motion;
(2) April 26, 2012: Last day to file and serve Defendant's Reply; and
(3) May 11, 2012: Hearing on defendants' Motion to Dismiss at 9:30 a.m., Courtroom G, 15th Floor.

Dated: March 20, 2012                SALTZMAN & JOHNSON LAW CORPORATION

By: _____
Kimberly A. Hancock
Attorneys for Plaintiffs

Dated: March 20, 2012                DENNIS C. BIRKHIMER, A Professional Corporation

By: _____
DENNIS C. BIRKHIMER
Attorneys for Defendants

## [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby sets the following schedule in connection with the defendants' Motion to Dismiss in this action:

(1) April 12, 2012: Last day to file and serve Plaintiffs' Opposition to defendants' Motion;

(2) April 26, 2012: Last day to file and serve Defendant's Reply; and

(3) May ~~11~~ 18, 2012: Hearing on defendants' Motion to Dismiss at ~~9:30 a.m.~~ 1:30 p.m., Courtroom G, 15th Floor.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: March 26, 2012            _____
MAGISTRATE JUDGE JOSEPH C. SPERO
UNITED STATES DISTRICT COURT

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]

2  STIPULATION AND REQUEST FOR CONTINUANCE OF MOTION TO DISMISS; EXTENSION OF SCHEDULE FOR BRIEFING AND [PROPOSED] ORDER; CASE NO. CV 11-5216 JCS

P:\CLIENTS\AUTPF\W\CASES\Bay Bridge Dodge Chrysler Jeep LLC\SYED ALI SUCCESSOR CASE\Pleadings\Motion to Dismiss\Stipulation to Continue and Extension of Schedule for Briefing.doc